# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-vs-

__JUAN VELASQUEZ__

### JUDGMENT IN A CRIMINAL CASE
(FOR OFFENSES COMMITTED ON OR AFTER NOVEMBER 1, 1987)

CASE NO.: __CR-03-836__

COUNSEL: __HENRY STEINGLASS__

THE DEFENDANT:

X   pleaded guilty to count(s)__ONE-COUNT SPSDG INFORMATION__

_   was found guilty on count(s)_____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the **FILED**
offenses:

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 25, 2005 ★

| Title/Section | Nature of Offense | Date concluded | Count # |
|---|---|---|---|
| 18:1001 | FALSE STATEMENTS | 6/20/03 | 1 |

The deft is sentenced as provided in pgs. 2 through __3__
of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

P.M. _____
TIME A.M. _____

_   The deft has been found not guilty on cts. _____ and ____ is discharged as to such cts.

X   Count(s)__REMAINING__ is/are dismissed on motion of A.U.S.A.

X   It is ordered that the deft shall pay a special assessment of
$ __100.00__ for count(s) __ONE__.

IT IS FURTHER ORDERED that the deft shall notify the U.S. attorney for this district
within 30 days of any change of name, residence, or mailing address until all fines, restitution,
costs, and special assessments imposed by this judgment are fully paid.

Defts S.S. No. __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__

Defts D.O.B. __5/17/53__

Defts USM No: __61825-053__

Defts residence address:

_____

__February 17, 2005__
Date of imposition of sentence

__s/Edward R. Korman__
Signature of Judicial Officer

__EDWARD R. KORMAN, U.S.D.J.__
Name/Title of Judicial Officer

**A TRUE COPY ATTEST**
DATED_____
ROBERT C. HEINEMANN
CLERK
BY_____
Deputy Clerk

# PROBATION

The defendant is hereby placed on probation for a term of
ONE (1) YEAR .
SPECIAL CONDITION OF FIVE (5) MONTHS HOME CONFINEMENT.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not unlawfully possess a controlled substance.
For offenses committed on or after September 13, 1994:

The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

_ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.     (Check, if applicable.)

XX The defendant shall not possess a firearm as defined in 18 U.S.C. Section 921.     (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court(set forth below).
The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol;

8) the defendant shall not frequent places where controlled substance are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.